IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY SCOTT STROUD,
D.O.C. # K81945,

    Plaintiff,

v.                                                                           4:23cv235–WS/MAF

COLONEL JACOBS,
BARFIELD, and
K. STANFORD,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 61) docketed September 5, 2024. The magistrate judge recommends that Defendants' motion to dismiss be denied except as to Plaintiff's official-capacity claim against Defendants for money damages. Petitioner has filed objections (ECF No. 62) to the report and recommendation. Respondents have filed no objections to the report and recommendation.

The undersigned has reviewed the record and has determined that the

magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 61) is ADOPTED and incorporated by reference into this order.

    2. Defendants' motion to dismiss (ECF No. 45) is GRANTED only as to Plaintiff's official-capacity claim against Defendants for money damages. Defendants' motion to dismiss (ECF No. 45) is otherwise DENIED.

    3. Plaintiff shall have up to and including October 25, 2024, to file a fourth amended complaint consistent with the magistrate judge's report.

    4. The clerk shall return the case to the magistrate judge.

    DONE AND ORDERED this   30th   day of   September  , 2024.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE