IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY SCOTT STROUD,

    Plaintiff,

v.                                    CASE NO. 4:23cv235-RH-MAF

COLONEL JACOBS et al.,

    Defendants.

_____/

**ORDER DENYING LEAVE TO AMEND**

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 107. No objections have been filed. The recommendation is to deny leave to file the proffered sixth amended complaint, which would add a new defendant, Sgt. McMillan. At least as now framed, the sixth amended complaint does not state a claim against Sgt. McMillan on which relief can be granted. *See, e.g.*, *Farmer v. Brennan*, 511 U.S. 825, 837 (1994) (setting out the standards governing a claim that a correctional officer failed to protect a prisoner from an assault by another prisoner). As a matter of discretion, this order denies leave to amend.

Case No. 4:23cv235-RH-MAF

IT IS ORDERED:

1. The report and recommendation is accepted.

2. The plaintiff's motion for leave to amend, ECF No. 98, is denied.

3. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on June 4, 2025.

                                              s/Robert L. Hinkle
                                              United States District Judge